**BRYAN T. DAKE**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Billings, Montana 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: bryan.dake@usdoj.gov

**FILED**

MAY 17 2018

Clerk, U.S. Courts
District Of Montana
Billings Division

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERT GARCIA, <br><br> Defendant. | CR 18- 64 -BLG- DLC <br><br> **INDICTMENT** <br><br> POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE <br> Title 21 U.S.C. § 841(a)(1) <br> (Count I) <br> (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |
|---|---|

1

| | |
|---|---|
| | **DISTRIBUTION OF METHAMPHETAMINE**<br>**Title 21 U.S.C. § 841(a)(1)**<br>**(Counts II-III)**<br>**(Penalty for Count II: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release)**<br>**(Penalty for Count III: 20 years imprisonment, $1,000,000 fine, and at least three years supervised release)**<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or about June 2016, and continuing through September 2017, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, ALBERT GARCIA, knowingly possessed, with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT II

That on or about September 13, 2017, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, ALBERT GARCIA, knowingly distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about September 15, 2017, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, ALBERT GARCIA, knowingly distributed a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ (State custody)
Bail: _____

3