IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–64–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ALBERT GARCIA, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and
Recommendation in this matter on November 20, 2018. Neither party objected
and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. §
636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).
This Court will review the Findings and Recommendation for clear error.
*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313
(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm
conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d
422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Albert Garcia's guilty plea

1

after Garcia appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) as charged in Count I of the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 29), and I adopt them in full.

Accordingly, IT IS ORDERED that Albert Garcia's motion to change plea (Doc. 21) is GRANTED and Albert Garcia is adjudged guilty as charged in Count I of the Indictment.

DATED this 10th day of December, 2018.

Dana L. Christensen, Chief District Judge
United States District Court